**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Herman Miller v. Pawnee Leasing Corporation

Appellate case number:      01-18-00429-CV

Trial court case number:      2016-007112-3

Trial court:      County Court at law No. 3 of Tarrant County

Appellant, Herman Miller, has filed an "Application of Non-Resident Attorney For Admission Pro Hac Vice."

Pursuant to Rule XIX of the Rules Governing Admission to the Bar of Texas, if a non-resident attorney seeks to participate in proceedings in Texas, he shall file a motion containing: "a list of all cases and causes, including cause number and caption, in Texas courts in which the non-resident attorney has appeared or sought leave to appear or participate within the past two years." TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018). Appellant's motion does not address this requirement.

Accordingly, we DENY appellant's motion. Nevertheless, we will consider an amended motion for admission that complies with Rule XIX.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
               ☒   Acting individually      ☐   Acting for the Court

Date: June 12, 2018